# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

### 4:09-cr-00020-RLV-WEJ
### USA v. Lowe
### Honorable Robert L. Vining, Jr.

Minute Sheet for proceedings held In Open Court on 10/15/2009.

TIME COURT COMMENCED: 10:32 A.M.  
TIME COURT CONCLUDED: 11:04 A.M.  
TIME IN COURT: 00:32  

COURT REPORTER: Kimberly C. Bramlett  
CSO/DUSM: J.S. Runions  
USPO: Shree Sullivan  
DEPUTY CLERK: Jill Ayers  

| | |
|---|---|
| DEFENDANT(S): | [1]Joshua David Lowe Present at proceedings |
| ATTORNEY(S) PRESENT: | Brent Gray representing USA<br>Giles Jones representing Joshua David Lowe |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing hearing held. CBOP 21 months. $100 Special assessment. 3 Years Supervised Release with special and standard conditions of release. Any restitution issues will be delayed for 90 days. The judgment and commitment will be completed at that time. Defendant will be allowed to voluntarily surrender. |